# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2019

SEAN F. McAVOY, CLERK

CHARLES WALTER LARKIN III, Personal Rep. of the ESTATE OF STEPHANIE NICOLE LARKIN; and SIDNEY P. OTTEM, as Guardian ad Litem for Z.G., minor child of Stephanie Nicole Larkin; and
EVA LARKIN
        Plaintiffs,
v.
COMMUNITY HEALTH SYSTEMS, INC., a Delaware corporation, d/b/a Yakima HMA, LLC, d/b/a Yakima Regional Medical and Cardiac Center,
        Defendant.

Civil Action No. 1:19-CV-03005-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:
Defendant's Motion to Dismiss for Lack of Jurisdiction [ECF No. 6] is GRANTED. Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion to dismiss for lack of jurisdiction.

Date: 3/28/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*
Courtney Piazza